IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

V.                              NO: 4:97CR000238 JM

DAVID WEBB                                                    DEFENDANT

## ORDER

Pending are Defendant's motion for leave to appeal in forma pauperis, docket # 103 and motion pursuant to the All Writs Act, docket # 104.  The motions are DENIED.

In March 1998, Webb was found guilty of armed bank robbery and carrying or using a firearm in relation to a robbery. Webb was sentenced on June 18, 1998 to life imprisonment on Count 1 and a consecutive five years term on Count 2.  Webb filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 on January 27, 2000, a Supplemental Motion on August 7, 2000, and a Second Supplemental Motion on September 26, 2001. The Court denied Webb's motions on November 27, 2001. The Eighth Circuit Court of Appeals affirmed the Court's decision on November 25, 2002.

In August 2010, Webb filed a motion requesting that the Court reduce his sentence because the Court failed to correctly apply the Sentencing Guidelines when determining his term of imprisonment.  The Court denied the motion finding that the motion was a second or successive motion under Section 2255 for which Webb failed to request or receive permission to file.  The Eighth Circuit dismissed the appeal as untimely on November 10, 2010.

Webb now seeks relief under the All Writs Act, 28 U.S.C. §1651. Defendant is not entitled to relief under the All Writs Act.  "The All Writs Act is a residual source of authority to issue writs that are not otherwise covered by statute. Where a statute specifically addresses the

particular issue at hand, it is that authority, and not the All Writs Act, that is controlling.'" *Carlisle v. United States*, 517 U.S. 416, 429, 116 S.Ct. 1460, 134 L.Ed.2d 613 (1996). The correct mechanism for Webb to challenge his sentence is §2255. "The statute is 'controlling,' even though he cannot obtain the relief he seeks because the statute prevents him from filing a second § 2255 petition." *United States v. Noske*, 235 F.3d 405, 406 (8th Cir. 2000). "The writ of coram nobis may not be used to circumvent the clear congressional directive embodied in the 'second or successive' provisions of § 2255."' *Id.*

Accordingly, Defendant's motions, docket #'s 103 and 104, are DENIED.

IT IS SO ORDERED this 23rd day of May, 2014.

_____
James M. Moody Jr.
United States District Judge