**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                        PLAINTIFF

V.                          NO: 4:97CR000238 JM

DAVID WEBB                                                           DEFENDANT

## ORDER

Pending is Defendant's motion to vacate. (Docket #125). The motion is DENIED.

In March 1998, Webb was found guilty of armed bank robbery and carrying or using a firearm in relation to a robbery. Webb was sentenced on June 18, 1998 to life imprisonment on Count 1 and a consecutive five years term on Count 2. Webb filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 on January 27, 2000, a Supplemental Motion on August 7, 2000, and a Second Supplemental Motion on September 26, 2001. The Court denied Webb's motions on November 27, 2001. The Eighth Circuit Court of Appeals affirmed the Court's decision on November 25, 2002.

In August 2010, Webb filed a motion requesting that the Court reduce his sentence because the Court failed to correctly apply the Sentencing Guidelines when determining his term of imprisonment. The Court denied the motion finding that the motion was a second or successive motion under Section 2255 for which Webb failed to request or receive permission to file. The Eighth Circuit dismissed the appeal as untimely on November 10, 2010. Webb filed subsequent motions attacking the legality of his sentence. The motions were denied and when appealed the Court was affirmed.

Webb filed the present motion asking again for the Court to vacate his conviction and reduce his sentence, this time in light of an order issued by the United States District Court for

the Eastern District of New York in *United States v. Holloway*, 68 F. Supp. 3rd 310 (E.D.N.Y. 2014). Webb is not entitled to the relief he seeks. Holloway recognized that the Department of Justice has the power to ask judges to remedy injustices. Courts, however, are limited in their authority to modify sentences once imposed. 18 U.S.C. §3582(c). Holloway does not create additional authority to reduce Webb's sentence. Accordingly, Defendant's motion, docket #125, is DENIED.

IT IS SO ORDERED this 21st day of June, 2017.

James M. Moody Jr.
United States District Judge